UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**AMERICAN COMMUNICATIONS**
**NETWORK, INC. et al.,**

    **Plaintiffs,**

  **v.**

**STEUBEN ASSOCIATES et al.,**

    **Defendants.**

_____/

CIVIL ACTION NO. 03-73455

HON. JOHN CORBETT O'MEARA

## ORDER AFFIRMING MAGISTRATE JUDGE VIRGIN MORGAN'S REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's Report and Recommendation as well as any objections thereto filed by the parties, and being fully advised, now therefore;

**IT IS ORDERED** that the Court affirms the Magistrate Judge's Report and Recommendation.

                                          s/John Corbett O'Meara
                                          John Corbett O'Meara
                                          United States District Judge

Dated: May 27, 2005

COPIES:

**Peter M. Falkenstein**

**Ralph R. Margulis**

**Glen S. K. Williams**